**Order entered July 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01753-CV

**TODD PRUETT, Appellant**

**V.**

**LISA CLAYTON, M.D., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14518**

## ORDER

The Court has reviewed the clerk's record in this case. The clerk's record does not include the September 4, 2013 motion to dismiss filed by Lisa Clayton, M.D. Accordingly, the Court **ORDERS** the district clerk to file on or before July 21, 2014 a supplemental clerk's record including the September 4, 2013 motion to dismiss filed by Lisa Clayton, M.D. The Court **DIRECTS** the Clerk to send a copy of this order by electronic transmission to Gary Fitzsimmons, District Clerk.

         /s/  CAROLYN WRIGHT
             CHIEF JUSTICE